165 A.3d 465

**JOPPY, Abdullay Malik**

v.

**STATE of Maryland**

**Pet. Docket No. 153, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Petition for writ of certiorari denied

■

165 A.3d 465

**LEE, Bonzie, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 102, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2267, Sept. Term, 2015).

Petition for writ of certiorari dismissed